UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JANE DOE NO. 2,　　　　　　　　　　　　CASE NO.: 08-CV-80119-MARRA/JOHNSON
　　　Plaintiff,

vs.

JEFFREY EPSTEIN,
　　　Defendant.
_____/

JANE DOE NO. 3,　　　　　　　　　　　　CASE NO.: 08-CV-80232-MARRA/JOHNSON
　　　Plaintiff,

vs.

JEFFREY EPSTEIN,
　　　Defendant.
_____/

JANE DOE NO. 4,　　　　　　　　　　　　CASE NO.: 08-CV-80380-MARRA/JOHNSON
　　　Plaintiff,

vs.

JEFFREY EPSTEIN,
　　　Defendant.
_____/

JANE DOE NO. 5,　　　　　　　　　　　　CASE NO.: 08-CV-80381-MARRA/JOHNSON
　　　Plaintiff,

vs.

JEFFREY EPSTEIN,
　　　Defendant.
_____/

| | |
|---|---|
| JANE DOE NO. 6,<br>    Plaintiff, | CASE NO.: 08-CV-80994-MARRA/JOHNSON |
| vs. | |
| JEFFREY EPSTEIN,<br>    Defendant.<br>_____/ | |
| JANE DOE NO. 7,<br>    Plaintiff, | CASE NO.: 08-CV-80993-MARRA/JOHNSON |
| vs. | |
| JEFFREY EPSTEIN,<br>    Defendant.<br>_____/ | |
| C.M.A.,<br>    Plaintiff, | CASE NO.: 08-CV-80811-MARRA/JOHNSON |
| vs. | |
| JEFFREY EPSTEIN,<br>    Defendant.<br>_____/ | |
| JANE DOE,<br>    Plaintiff, | CASE NO.: 08-CV-80893-MARRA/JOHNSON |
| vs. | |
| JEFFREY EPSTEIN et al,<br>    Defendants.<br>_____/ | |

DOE II,                                                    CASE NO.: 09-CV-80469-MARRA/JOHNSON
    Plaintiff,

vs.

JEFFREY EPSTEIN et al,
    Defendants.
_____/

JANE DOE NO. 101,                           CASE NO.: 09-CV-80591-MARRA/JOHNSON
    Plaintiff,

vs.

JEFFREY EPSTEIN,
    Defendant.
_____/

JANE DOE NO. 102                            CASE NO.: 09-CV-80656-MARRA/JOHNSON
    Plaintiff,

vs.

JEFFREY EPSTEIN,
    Defendant.
_____/

### UNITED STATES' NOTICE OF LIMITED APPEARANCE
### AS AMICUS CURIAE TO FILE RESPONSE TO COURT'S ORDER
### REQUESTING POSITION ON DEFENDANT'S MOTION TO STAY [DE 99]

      Comes now the United States, by and through the undersigned Assistant United States Attorney, and makes this limited appearance to file via CM/ECF its response to the Court's Order requesting the position of the United States on Defendant Jeffrey Epstein's Motion to Stay Proceedings [DE 99]. By filing this notice of limited appearance and its response, the United States does not make itself a party to this litigation and takes no position with respect

to the outcome of any of the civil suits. By filing this notice of limited appearance and response, the United States also does not waive any procedural or statutory bars to suit.

        Respectfully submitted,

        R. ALEXANDER ACOSTA
        UNITED STATES ATTORNEY

By:    *s/A. Marie Villafaña*
        A. MARIE VILLAFAÑA
        Assistant United States Attorney
        ann.marie.c.villafana@usdoj.gov
        Florida Bar No. 0018255
        500 East Broward Boulevard, 7th Floor
        Ft. Lauderdale, FL 33394
        Telephone: 954-356-7255
        Facsimile: 954-356-7230

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on May 28, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. According to the Court's website, counsel for all parties are able to receive notice via the CM/ECF system.

        *s/A. Marie Villafaña*
        A. MARIE VILLAFAÑA
        Assistant United States Attorney