UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JANE DOE NO. 101,                      CASE NO.: 09-CV-80591-MARRA/JOHNSON

    Plaintiff,

vs.

JEFFREY EPSTEIN,

    Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, JANE DOE NO. 101 and Defendant JEFFREY EPSTEIN (collectively, "Parties"), by and through their undersigned counsel and pursuant to Rule 41(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this action with prejudice. The Parties further stipulate that the Court shall retain jurisdiction to enforce the terms of the Parties' settlement.

Dated this 7th day of December, 2009.

                                                                               Respectfully submitted,

BURMAN, CRITTON, LUTTIER                          PODHURST ORSECK, P.A.
&amp; COLEMAN LLP                                               Attorneys for Jane Doe No. 101
Attorneys for Jeffrey Epstein

By: _____                 By: _____
      Robert Critton                                                 Katherine W. Ezell
      Fla. Bar No. 224162                                   Fla. Bar No. 114771
      rcrit@bclclaw.com                                     kezell@podhurst.com
      303 Banyan Blvd., Suite 400                       City National Bank Building
      West Palm Beach, FL 33401                      25 W. Flagler Street, Suite 800
      Telephone: (561) 842-2820                        Miami, FL 33130
      Facsimile: (561) 515-3148                         Telephone: (305) 358-2800
                                                                     Facsimile: (305) 358-2382