UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JANE DOE NO. 101,    CASE NO.: 09-CV-80591-MARRA/JOHNSON

    Plaintiff,

vs.

JEFFREY EPSTEIN,

    Defendant.
_____/

### ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court on the Parties' Stipulation of Dismissal with Prejudice. The Court being fully advised, it is hereby,

ORDERED AND ADJUDGED that

1. All of Plaintiff's claims against Jeffrey Epstein are DISMISSED WITH PREJUDICE; however, the Court shall retain jurisdiction to enforce the terms of the Parties' settlement.

DONE AND ORDERED in Chambers at Miami, Florida this ____ day of December, 2009.

                                                                  KENNETH A. MARRA
                                                                  UNITED STATES DISTRICT JUDGE